UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

STEPHEN LEONARD
GUARDINO, JR.,
    Plaintiff,

v.                                                     Case No.: 3:18-cv-1301-J-20JBT

BOARD OF COUNTY COMMISSIONERS
OF FLAGLER COUNTY,
    Defendant.
_____/

## ORDER

**THIS CAUSE** is before this Court following a Report and Recommendation from the Magistrate Judge (Dkt. 9) recommending that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 5) be denied and this case be dismissed.

Rather than file an objection to the Report and Recommendation, Plaintiff responded with two supplements (Dkts. 10 and 11) and an Amended Complaint (Dkt. 12). Because of these additional filings, this Court has reviewed, *de novo*, Plaintiffs' Complaints and supplements (Dkts. 1, 10, 11 and 12). Following that review, this Court determines the Report and Recommendation should be adopted in all respects.

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation (Dkt. 9) is **ADOPTED**;

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 5) is **DENIED**;

3. This case is **DISMISSED**; and

4. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ENTERED** at Jacksonville, Florida, this 16th day of January, 2019.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Stephen Leonard Guardino, Jr., *Pro se*